**Opinion issued October 28, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00360-CR

————————————

**DARIUS TERRELL SPATES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Case No. 1794531**

---

## MEMORANDUM OPINION

Darius Terrell Spates has filed a motion to dismiss this appeal, stating that he has discussed the matter with his counsel.

Spates's motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a) (requiring that appellant and counsel sign motion). We have not issued a decision in the appeal. *See* TEX. R. APP. P. 42.2(b).

Accordingly, we grant Spates's motion and dismiss the appeal. *See* TEX. R. APP. P. 10.3(a), 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Dokupil.

Do not publish. TEX. R. APP. P. 47.2(b).